UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

OWEN HARTY, Individually,

    Plaintiff,

vs.                              CASE NO: 6:11-cv-00047-ORL-31GJK

CHECKERS DRIVE-IN
RESTAURANTS, INC.,

    Defendant.
_____/

## JOINT STIPULATION OF SETTLEMENT AND DISMISSAL WITH PREJUDICE

Plaintiff, OWEN HARTY, and Defendant, CHECKERS DRIVE-IN RESTAURANTS, INC., by and through their respective undersigned counsel, having entered into a Settlement Agreement, hereby stipulate and agree as follows:

1. This action is hereby dismissed with prejudice, each party bearing its own attorneys fees and costs except as otherwise provided in the Settlement Agreement; and,

2. The Court shall enter its Order dismissing this case with prejudice and shall retain jurisdiction for the purpose of enforcing the terms of this Joint Stipulation of Settlement and Dismissal with Prejudice.

| | |
|---|---|
| DATED this ___ day of August, 2011<br><br>_/s/_<br>Philip Michael Cullen, III, Esq.<br>cullen@thomasbaconlaw.com<br>Florida Bar No. 167853<br>Thomas B. Bacon, P.A.<br>621 South Federal Highway, Suite 4<br>Fort Lauderdale, FL 33301<br>954-462-0600 (Phone)<br>954-462-1717 (Fax)<br>*Attorneys for Plaintiff* | DATED this 26th day of August, 2011<br><br>_/s/_<br>Brian T. McElfatrick<br>bmcelfatrick@bushross.com<br>Florida Bar No. 0149950<br>Bush Ross, P.A.<br>1801 N. Highland Avenue<br>Post Office Box 3913<br>Tampa, FL 33601-3913<br>Tel.: 813/224-9255<br>Fax: 813/223-9620<br>*Attorneys for Checkers Drive-In Restaurants, Inc.* |