**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**OWEN HARTY,**

                **Plaintiff,**

**-vs-**                                                    **Case No. 6:11-cv-47-Orl-31GJK**

**CHECKERS DRIVE IN RESTAURANTS,**
**INC.,**

                **Defendant.**

_____

## ORDER OF DISMISSAL WITH PREJUDICE

Upon consideration of the Joint Stipulation of Settlement and Dismissal with Prejudice (Doc. No. 37), and pursuant to Fed. R. Civ. P. 41(a), it is hereby

**ORDERED** that this case is dismissed with prejudice, each party to bear its own fees and costs. Any pending motions are **DENIED** as moot. The Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on September 1, 2011.

                                                            GREGORY A. PRESNELL
                                                            UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party